IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| v.    ) | Case No. 1:21-mj-00233-RMM-1 |
| ) | |
| CLAYTON RAY MULLINS,    ) | |
|         Defendant.    ) | |
| ) | |

## NOTICE OF ATTORNEY APPEARANCE

Defendant Clayton Ray Mullins, by and through undersigned counsel, hereby moves this Honorable Court to enter the appearance of Pat Munroe Woodward, Jr., Esq. to represent Mr. Mullins as retained counsel in the above-captioned case.

Respectfully submitted,

_____/ s /_____
Pat Munroe Woodward, Jr., Esq.
D.C. Bar No. 436662
1783 Forest Drive, No. 330
Annapolis, MD 21401
Phone: 202-246-4679
Fax: 410-216-9812
patmwoodwardjr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February 2021, I electronically filed the foregoing Notice of Attorney Appearance with the Clerk of Court using the CM / ECF system, which will send an electronic notification of such filing to all counsel of record.

_____/s/_____
Pat Munroe Woodward, Jr., Esq.
Counsel for Mr. Mullins