IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-cr-00035-EGS |
| | ) | (Release Order 21-mj-233) |
| CLAYTON RAY MULLINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO MODIFY CONDITIONS OF RELEASE

This past week marked three months of Clayton Mullins being in full compliance with the Court's Order Setting Conditions of Release (ECF No. 11; 21-mj-233-RMM; issued by Chief Judge Howell on March 2, 2021). Through undersigned counsel, Mr. Mullins respectfully moves this Honorable Court to withdraw the location restriction and monitoring conditions - provisions 7(p) and 7(q) - from said Order.

Pretrial Services Officer Joshua Rose, who is providing courtesy supervision in the Western District of Kentucky - Paducah Division, confirms that this requested modification is appropriate and does not oppose this motion.

Government counsel in Washington, D.C. opposes this motion.

The following letters from family and friends confirm a strong community of love and support for Clayton Mullins. These folks vouch for his honesty and reliability to continue honoring the Court's Orders.

Family (Exhibit A):

    1) Nancy Mullins, Wife - Benton, Kentucky

    2) Tena Sisson, Sister - Mayfield, Kentucky

    3) Judy Skaggs, Sister - Mayfield, Kentucky

    4) Ricky Dale Mullins, Brother - Mayfield, Kentucky

    5) Charlotte Ann Mullins, Sister-in-law - Mayfield, Kentucky

    6) Angie Gooch, Sister-in-law - Mayfield, Kentucky

    7) Stephanie Dawn Mullins Richards, Sister-in-law - Paducah, Kentucky

    8) Kim Rogers, Niece - Mayfield, Kentucky

    9) Andy Spraggs, Nephew - New Orleans, Louisiana

Friends (Exhibit B):

    1) Mark L. Crawford, M.D. - Paducah, Kentucky

    2) Ben Crawford - Mayfield, Kentucky

    3) Pastor Thomas Fortner - Trenton, Tennessee

    4) Pastor Richard H. Heatherly - Portland, Tennessee

    5) Pastor Chad Johnson - Russellville, Kentucky

    6) Kyle Clayton - Finger, Tennessee

    7) Jamey Clayton - Finger, Tennessee

    8) David Baggett - Finger, Tennessee

    9) Shanda Abbott - Wingo, Kentucky

    10) Nicholas Dempsey - Benton, Kentucky

Friends (Exhibit C):

    11) Robert Mosley - Belton, South Carolina

    12) Billy Duncan - Kentucky

    13) Rick Johnson - Mayfield, Kentucky

14) Anita Parker - Kentucky

15) Carol Ramage - Mayfield, Kentucky

16) Dewayne McKnight - Murray, Kentucky

17) Hazel Brewer - Baltimore, Kentucky

18) Richard Tomlin - Center, Texas

19) Johnny Gossum - Columbus, Kentucky

20) Raymond E. McAlpin - Mayfield, Kentucky

<u>Friends (Exhibit D)</u>:

21) Belinda McCullough - Walker, Louisiana

22) Layta Kay Guthrie - Mayfield, Kentucky

23) Allene Skulina - Bardwell, Kentucky

24) Geneva Sullivan Wall - Mayfield, Kentucky

25) Don R. Holshouser - Mayfield, Kentucky

26) Lori Bunch - Wingo, Kentucky

27) Steven Bunch - Wingo, Kentucky

28) Joe Bunch - Wingo, Kentucky

29) Joshua H. Tabers - Murray, Kentucky.

Respectfully submitted,

_____/s/_____
Pat Munroe Woodward, Esq.,
D.C. Bar No. 436662
1783 Forest Drive, No. 330
Annapolis, MD  21401
Phone:  202-246-4679
Fax:  443-216-9812
patmwoodwardjr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2021, I electronically filed the foregoing Motion and proposed Order with the Clerk of Court using the CM / ECF system, which will send an electronic notification of such filing to all counsel of record.

                                                        /s/
                                      Pat Munroe Woodward, Esq.