The Honorable Emmet G. Sullivan
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Clayton Ray Mullins, 21-cr-00035-EGS

Dear Judge Sullivan:

I am Nancy Mullins the wife of Clayton Mullins.  I am 50 years of age and have worked as a physical therapist in the local hospital of Mayfield, KY for the past 20 years. Clayton and I were married 4/14/2000 but we have been together since I was in 7th grade.   So therefore I know him quite well to say the least.  I can tell you from the bottom of my heart my husband would never hurt anyone.  He loves the Lord, his wife, his family, his friends and his country.  He respects law enforcement and veterans.  He like most of his family and friends want this country to prosper and stay true to the constitution and Christian values.

I am asking you to consider my examples of my dear husband when you preside over his case.  He grew up in Wingo, KY a small town in Graves County.   He is an outgoing man that loves to work hard to achieve the American dream of success.  He grew up in a loving and Christian home with not much money but that didn't matter to his parents and five siblings.  As a child he worked hard at home cutting wood for their wood burning stove, helping at the stockyards feeding, loading & sorting cattle and helping tend tobacco for local farmers.   He started at seventeen buying inexpensive vehicles and fixing them up to resale.  By the time he was out of high school he worked for the Graves County Property Valuation Administration office and continued trading vehicles.  In is late 20's he borrowed money to start a successful pallet building business.    He then in early 30's began a business buying & selling heavy equipment.  He also traveled thousands of miles to heavy equipment auctions all over this country to buy for a dealer in Tennessee.  He did this for many years while running his own business.  He now continues to work hard in his 50's at the Mullins Machinery, LLC business in Hickory, KY.

During these many years of travel and meeting people he got to know hundreds of business owners, auctioneers and buyers.  Many have contacted us and want to know if they can help him in any way.  They have also written letters to you confirming his honesty and trustworthiness.  These men have grown to love Clayton for his advice on business and personal matters.

Clayton's dad died when he was in high school and Clayton took on the responsibility of caring for his mother until her death in her 80's.   His mother instilled in him Christian values.  Due to that raising he has helped so many people that were down and out.   I know of at least three homeless men he has helped.  Two have lived in his mother's old home place. He also allowed our pastor at Little Obion Baptist Church to use this home as a place of residence for several years free of charge.  Another instance Clayton bought

a camper to allow a homeless man to stay on his property free of charge. He also helped a man just out of jail by providing him with a place to live and a job until he got back on his feet. He has taught young men how to trade and begin businesses of their own. He is the leader of our church due to our church seeking a pastor at this time. He opens the church every Sunday, organizes fill-in preachers to preach every Sunday, leads the singing and announcements, he is treasurer and he performs maintenance duties. Clayton has many pastor friends and they have all been deeply distressed by this circumstance. They have been a huge support to Clayton and I by their many prayers and words of encouragement and kindness.

My husband is respected in this community by many and we have been overwhelmed by support and love during this time. People have said things like "Clayton Mullins would not hurt anyone." " I know good and well Clayton would not hurt a cop." and etc. People have brought food and strangers have come to our home to pray with us and offer help. We are still getting cards in the mail and emails saying they are praying. It is very humbling to know we have so many people that support us and know my husband's heart.

 Again my husband is a man that respects and honors police and knows better to cause them harm. He has many law enforcement and first responder friends and family - state police, city police, firemen, EMS & ex-FBI. He went to the Washington, DC out of love for his country along with many of Americans. We did not know it would end up in such tragedy and a day that has scarred our hearts. I know my husband and he is deeply sorry for the ones that lost their lives and those that were injured on that day. He has cried many tears of sorrow as well as I. We pray for those families that are still healing from loss of life and from injury.


Sincerely,

*Nancy Mullins*

Nancy Mullins



*Tena Sisson*
Mayfield, KY 42066

May 2, 2021

The Honorable Emmet G. Sullivan
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: <u>Clayton Ray Mullins, 21-cr-00035-EGS</u>

Dear Judge Sullivan:

I am a 53-year-old mother of two children, and I have three grandchildren. I am an office manager of a fire protection company in Paducah, Kentucky. I am also the secretary of my church. Clayton is my brother.

I am asking that even though I am Clayton's sister, if you will consider the information about Clayton that I am writing to you about. I want you to know the type of person that my brother truly is.

Clayton and I are 13 months apart in age. We grew up together on a small farm in a two-bedroom house with our father and mother that was married for 49 years before our father's passing. Our father was a farmer, hauled livestock, a WWII veteran, that loved God, his family and country. Our mother was a homemaker that also loved God, her family and country. They both worked hard all their lives to provide for their family. We attended church services faithfully Sundays and Wednesday nights. They taught us by word and example how to honor God, honor them, to respect our elders and people of authority. They taught us that if we saw someone in need and had opportunity to help them, to do so.

Clayton and I were late in life babies coming 25 years after our oldest sister, 20 years after our oldest brother and 12 years after our other sister. Our parents were in their early 40's when we were born. Clayton and I were close growing up and are still close today. I had fun growing up with Clayton. He was always making me laugh, always thinking of fun things for us to do, a good brother. Clayton has always had a tender, compassionate heart and was thankful for how our parents sacrificed to give us what we needed. We were not rich, maybe poor in some people's eyes, but we were rich with the love of our parents and family.

Clayton never liked to see anyone get mistreated or hurt in any way even when he was a young age. He really didn't like anyone downgrading anything that our parents did for us or gave us. He defended them to anyone that was being derogatory about them in any way.
In elementary school, he attempted to help those that couldn't defend themselves. He tried to be a friend to everyone.

Clayton didn't change even in his teenage years. He worked at several jobs to buy his own vehicles and all expenses that entails. He had many friends in high school and at the places he worked. I must admit, he wasn't the best student in high school and had to take extra credit work home in order to graduate. I tried to help him with this because our mother was adamant that he was getting a high school diploma! It wasn't easy to get him to sit down and do the work because he is a person that doesn't like to sit still. He was always busy. But he finished the extra work and graduated.

I watched Clayton change from an immature teenager to a mature man. I watched how his faith in God grew and how he tried to serve Him each day. He doesn't drink, smoke or swear, he lives a clean life and I know that he truly put his faith and trust in God's finished work by the example that he lives. He puts God first, loves his wife, his church and his family. He leads the singing at church and is the treasurer. The church doesn't have a pastor currently, so he opens and closes the buildings before and after services and is trying to find a pastor.

Clayton is not only my brother, but he is my best friend. I can always count on him whenever I am in need. Clayton and his wife, Nancy have always been there for me. He has helped me at many different times in my life. Both helped me when I went through a heart-wrenching divorce. I was a homemaker with no job, no income and nowhere to live. Also, at that time our elderly mother was sick, and we were dealing with all that entails. It was a dark time for me, Clayton helped me to not get discouraged but encouraged me continuously until I found a job to support myself and my two children. They also let me, and my two children move into their home until I found a place to live. Our mother was there also, and it was a full house. They helped me look for a house and they let us stay with them until I bought a house. He loaned me the down payment money for my house, and I paid him back as soon as I received the life insurance money that I cashed in. I know it had to be hard for them with all those people in their home, but I truly appreciate all they sacrificed for us at that time. I don't know what I would have done without them and their help. Since then, I haven't remarried and whenever something goes wrong with my vehicle, my home, whatever problem arises, Clayton always helps me take care of it with grace, no grumblings. I fiercely love him and his gentle soul. He and Nancy are the best friends I have ever had in my entire life.

Clayton was so good to our mother. He took better care of her in her last years than I, my two sisters or brother did. I am so ashamed of myself, and I wish that I had done more. She deserved so much more than I gave her. Our mother was a homemaker, so she didn't draw very much money during her retirement years. I have seen Clayton put money in her account repeatedly for several years when her account was getting low. I didn't do that, nor did my sisters and other

brother do it either. He would take her with him when he ran errands for his business or drive her around to any place that she wanted to go. Nancy and he would also take her with them on their vacations. She never went anywhere her whole life. She was so thankful to be able to go. Clayton spent a lot of time with her. I am so grateful that he did that for our mother. He showed me how a person should treat people that they love no matter what is going on in our lives.

I have also watched Clayton help many people through past years that were going through rough times. He has helped people get back on their feet when they have lost everything by giving them a job or help them with a place to live when they have nowhere else to go. I have watched him help several people start their own business by giving them advice and providing equipment to use until they can pay him back. People that know Clayton respect him because he is honest, and they know that can truly rely on him. He is a kind and compassionate man that anyone can go to when they are in need.

I am blessed that he is my brother and that he is also my friend. I couldn't have asked for a better person for God to place in my life.

Sincerely,

*Tena Sisson*
Tena Sisson

The Honorable Emmet G. Sullivan
United States District Court
333 Constitution Avenue, N.W
Washington, D.C. 20001

Re: Clayton Ray Mullins 21-CR-00035-EGS

Dear Judge Sullivan:

I am writing this letter on behalf of my brother, Clayton. My name is Judy Skaggs. I am 78 years old, a housewife, mother of 3 grown children, My husband and I live near where Clayton grew up near Mayfield, Ky.

Clayton was born after I was married. My children are close to his age, they grew up together, went to school together and got along well. He was at our home about every day as a child growing up.

Clayton is a good brother, always there for me if I need him. Our Dad died when Clayton was a senior in high school. Clayton was very helpful to our mother after our Dad's passing and especially as she grew older, I appreciated that help much.

Clayton is a good Christian man. He's always faithful to attend church, he is the song leader, always helping in the church anyway that he's needed. In the community he is well liked and well thought of by some. He witnesses to people about the Lord and some don't want to hear that. I am very proud of Clayton and Nancy, his wife, and love them both dearly!

I greatly appreciate anything you can do to help my brother! Thank you Judge Sullivan!

Sincerely,
Judy Skaggs

04 April 2021

The Honorable Emmet G. Sullivan

United States District Court

333 Constitution Avenue, N.W.

Washington, D.C. 20001

Re: Clayton Ray Mullins, 21-cr-00035-EGS

Dear Judge Sullivan:

  I am Ricky Dale Mullins, the only brother of Clayton Ray Mullins. I reside in Mayfield, Kentucky, and am an Army Veteran serving during the Vietnam era. I worked at Ingersoll Rand for 30 years as a cooler machine operator, until company relocation in 2001. But I officially retired in 2010. I am a member of Trace Creek Baptist Church. I am writing to you today to express my support for my brother Clayton Ray Mullins. Hopefully, my experiences with him will help the court better understand who he is as a person.

  Given that Clayton is the youngest of my siblings, I have had the honor of knowing him his entire life. He was born while I was serving my country in the late 1960s. I have fond memories of him in his youth, such as attending church with him at Little Obion Baptist Church. However, we are much closer today. Our relationship goes far beyond the ties we have as a family. After Ingersoll Rand closed their Mayfield, Kentucky plant, I was left unemployed from my job of 30 years. Clayton stepped up and provided me a job at Mullins Machinery LLC to help support my family. Therefore, for over five years he was not just my brother, he was my coworker and employer. His acts of kindness did not only exist within the family but strangers as well. I recall a time a couple of years ago when Clayton met a man and his family at an equipment auction. The man had been injured in a logging accident- leaving him unable to work,

as well as putting his family in a financial crisis. Clayton was gracious enough to donate his funds to help them get through that tough time. The best part about this action was that he expected nothing in return, nor did he brag about his act of kindness to others.

As if this was not enough proof of his excellent character, his display of sacrifice was. After our father's passing in 1988, Clayton (19 years old) put his life on hold to take care of our widowed mother. Clayton assisted her with home improvement, financial hardships, helped keep the home farm going, and even purchased her a vehicle to drive. He was so involved in supporting her lifestyle that he did not get married until the age of 31. As a U.S. Veteran, I can assure you that sacrifice is one of the biggest testaments of someone's human nature.

In conclusion, in Clayton's 52 years of life, I have witnessed him perform endless acts that prove he possesses traits of love, passion, reliability, and diligence. He is one of the few people that I trust with my life. I hope you take my words into serious consideration throughout his legal process.

Sincerely,

Ricky Dale Mullins

04 April 2021

The Honorable Emmet G. Sullivan
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Clayton Ray Mullins, 21-cr-00035-EGS

Dear Judge Sullivan:

    I am Charlotte Ann Mullins, sister-in-law, married to Clayton Mullins' brother, Ricky for 53 years, and we reside in Mayfield, Kentucky. I worked for Aramark Uniform Incorporated for 44 years as the office secretary, I retired in 2015. I am a member of Trace Creek Baptist Church and have been for 16 years. Following retirement, I became involved in community outreach through the church. I am writing this letter in support of my brother-in-law Clayton Ray Mullins to show the court, personal accounts that provide insight into his normal behavior.

    I have known Clayton his entire life. He was born after Ricky and I got married. Clayton always has been an important part of our family and his community. He has always conducted himself with good morals and has been there for his family. After his father's passing, he was there for his mother to provide her financial and physical assistance in her time of need. This is just one of the many acts of kindness Clayton has performed over his lifetime, and I believe he will continue to do more.

    Growing up he was well-liked and respected by his peers, in and out of school. Today, his reputation in our community and the Jackson Purchase area is remarkable. Personally, I have never heard a negative remark about his character. At a young age, he was taught the importance

of hard work and taking responsibility for his actions. This is due to his upbringing on the family farm in Graves County, Kentucky. These traits of charisma and taking initiative are still seen in him to this day.

In conclusion, I understand the seriousness of the charges put against Clayton. However, because of his amazing character and standing in the community, I believe you should take into consideration the importance he has to those around him. I hope you use this letter to gain insight into who Clayton is and how he is a light to others.


Sincerely,

Charlotte Ann Mullins

Dear Judge Sullivan,

    My name is Angie Gooch I'm 59 and I work as a hairdresser in Mayfield, Ky. at "A Touch Of Class 2" Salon . I've been in business for 34 years now. Clayton is married to my youngest sister Nancy for 21 years and they dated each other for 14! So he's been in my family for a long time. They have a very close relationship to each other. They have no children so that gives them more time to do things together and to  lend a helping hand to others in need. There is 5 of us siblings and Clayton is one of 5 too so we have big families. But Clayton and Nancy are always checking on our Mom and Dad and going to their home often. They live an hour away at the lake but work 20 min away. But they always take time out for family. Clayton's father passed away many years ago so he always took very good care of his Mother too. He paid for many repairs on her house because she didn't have the money .  When she passed away he owns it now and lets his pastor live there for free! They are very active in their church too. He leads the singing and they provide the elderly pastor with a meal nearly every Sunday too. Clayton had a big heart and he loves God with all his heart! He had lead several to the Lord too. He also fears the Lord too.

    When I seen the video of Clayton pulling the leg of the policeman I had no doubt whatsoever what he was trying to do! He was trying to help him from getting trampled on! If he wasn't a caring person he wouldn't of went and reached to help him. And Clayton is a very strong and stout man ( he's worked with horses and cattle all his life and lifted heavy equipment etc.) So if he wanted to harm or hurt the officer believe me he could of! That is not the way Clayton was raised and he would never hurt anyone like that! I know he should of not went up to the front of the capital but if I had of went with them that day and no one stopped me I may of done it too for a picture.

  My sister, Clayton and my whole family has been devastated by how the media has run him down on the local channel 6 news like he was a murder !! Showing him in shackles! And  even going to their home and they've had to install fencing and cameras to keep their home safe. And Clayton has owned his own business of selling heavy equipment for 9 yrs now and my sister has been a physical therapist at the hospital over 20 yrs. He is not a criminal! We are ashamed at the media but everyone that knows Clayton says they are praying for him and Nancy. We have a very close community they are loved by many people! They have God in their hearts and he will see them thru this awful mess! I pray that they can get back to their normal lives again. They haven't got to visit my parents together any since this incident with him on house arrest. Our family dinners have been put off until this is over too. It has been very sad for my mother. Our family will always be a strong support for Clayton because we love him and we know he didn't harm anyone. He didn't take  any weapons or had any in the videos like they have accused. Thank you for taking time out and reading this. I appreciate you and God bless you!

                Angie Gooch

30 April 2021

The Honorable Emmet G. Sullivan

United States District Court

333 Constitution Avenue, N.W.

Washington, D.C. 20001

Re: Clayton Ray Mullins, 21-cr-00035-EGS

Dear Judge Sullivan:

    I am Stephanie Dawn Mullins Richards, niece to Clayton Mullins, having known him my entire life. I have been married to Dwain Richards for 25 years. We reside in Paducah, Kentucky in which I work as a kindergarten instructional assistant at Lone Oak Elementary for the past 10 years. I am a member of Bellview Baptist Church and have been for over 20 years. I am writing this letter in support of Clayton Ray Mullins and hope to provide the court understanding of what his usual behavior is.

    I have known Clayton for 48 years. He was four years old when I was born to his brother Ricky and his sister-in-law Charlotte Mullins. Clayton has been a very big part of our family and community included. I have very fond memories of him and me as children. We used to go to my grandmother's house every Sunday after church for family dinner and fellowship. He would take me and my other cousins fishing, horseback riding, swinging under the oak tree, and play hide and seek out at the family farm. So, you could say we grew up together.

    When I came into high school, Graves County had just consolidated the year before. So, I was a freshman at the same time as he was a senior. Which meant all my friends thought it was so cool that I had an uncle still in high school. He was popular in those years and always kept

himself out of trouble. Though he was not the best student academically, he made up for it with his kindness, work ethic, and outgoing personality. These qualities showed even more during the difficult circumstances of his father's passing. In which he was just a year out of high school and about to get his life started, he put all of that on hold to care for his mother. Which included meeting all her physical, emotional, and financial needs. I believe this truly shows his character as the most difficult times in life bring the absolute best out of the world's best people.

Throughout the community, many of these positive views stay the same. Him being well known throughout Western Kentucky as a friend and businessman. His standing only improves when you talk about his faith. As he has been a committed member of Little Obion Baptist Church his whole life. Which has been and continues to be one of the most important parts of his life and has shaped him into the man he is today.

In conclusion, I believe in Clayton's outstanding character and the way he treats those he cares about. I have been around him my whole life and am proud to call him my uncle. With that being said I hope you consider this letter when making your decision and know how much he is loved and cared about from those lives that he has touched.

Sincerely,

Stephanie Dawn Mullins Richards

The Honorable Emmet G. Sullivan

United States District Court

333 Constitution Avenue N.W.

Washington, D.C. 20001


Re:  Clayton Ray Mullins, 21-cr-00035-EGS


Dear Judge Sullivan:


My name is Kim Rogers.  Clayton is my uncle even though he is 4 years younger than me.  I am a Christian and I have lived in Mayfield, KY all of my life.  I love my family and my Church family.


I am writing this letter on behalf of Clayton Ray Mullins.  Clayton and I have been close all of our lives.   He has been there for me anytime I've needed him.  My husband and me have had financial hardships and Clayton always tried to help us anyway he could.


Clayton helps out a lot at Church.  He leads the singing, helps with maintenance issues and contacts preachers for services.  He has worked hard at his business to make a living for Nancy and himself.


I love Clayton and I appreciate Him for having a heart that is concerned about the souls and well-being of others.


Sincerely,

*Kim Rogers*

The Honorable Emmet G. Sullivan
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Clayton Ray Mullins, 21-cr-00035-EGS

Dear Judge Sullivan:

I am writing this letter to provide the Court a clear understanding of who Clayton Mullins is. My name is Andy Spraggs. I am a 37-year-old Safety Field Specialist for Chevron Oronite (chemical company) and lead a little under 400 workers in safety and human performance. I have known Clayton Mullins as a good, hard-working man all of my life. He is my uncle and has always strived to keep a close relationship with me since I can remember.

Clayton (Uncle) is about sixteen years older than I and has always made it a priority to be the best influence for me. I was troubled and surprised to hear about his recent case as he has always withheld a reputation of character and integrity. It is the reason I am writing this letter of reference for Uncle regarding this matter and have most profound regard to this Court. You have my utmost respect in the seat you are holding, and I am thankful knowing you are taking the time to read this letter. Uncle has always been faithful at living a life that reflects hard work and dedication to God. Being a faithful tither, he taught us to work hard, earn money to pay for our word, and give back to God what is asked of us—being a good example and testimony to the Church by devoting time to the church family. At the Church I grew up in, Uncle is a leader and servant to those in need.

In my teen years, he provided work for me to grow my skills in building, recycling, and stacking pallets in his pallet business. It taught me the value of hard work and the value of my word. The pay was dedicated to gas money, insurance, and tithing to the Church. Without him and the position offered back then, I may not be where I am today. Throughout my life, when trouble and hardship came, Uncle is my go-to for a confident guide but most of all a dedicated prayer warrior to help see me through. Before getting married to my beautiful wife, he sat me down and told me what it takes to have a significant marriage: to be obedient to God in all things, keep my vows, and love her like Christ loves the Church. With him, there is value in a loving family, the community, and the Lord.

Sincerely,

*Andy Spraggs*

Andy Spraggs