# Mark L. Crawford, M.D., P.S.C.

Spine Surgery
1333 Lone Oak Road
Paducah, Kentucky 42003

(270) 415-9970
Fax (270) 415-9976

Mark L. Crawford, M.D.

Diplomate, American Board
of Orthopedic Surgery

The Honorable Emmet G. Sullivan
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Clayton Ray Mullins, 21-cr-00035-EGS

Dear Judge Sullivan:

I have been an orthopedic surgeon for the last 38 years and practice here in my native western Kentucky. I have also served as an orthopedic surgeon and flight surgeon in the Kentucky Air National Guard and in the US Air Force Reserve including service in the Middle East during Operation Desert Storm.

I have known Clayton Mullins for around 25 years. I initially got to know Clayton aa a reliable and hard worker in the early 1990's when he was helping my Dad round up cattle that didn't want to be rounded up on the family farm. I also have known him through his friendship with my brother Ben. Ben had to occasionally buy used equipment for our father's construction company. Clayton had earlier learned the cattle auction business and also had, by nature, good skills in relating to and dealing with other people. Clayton freely passed on some of these skills to my brother in learning how to value and purchase used construction equipment. My brother has built a successful equipment business that provides an affordable equipment rental option to the community and jobs for his employees. His success is due, in part, to Clayton's willingness to give freely of himself to others.

I have also gotten to know Clayton through my practice as an orthopedic surgeon. Clayton's high school sweetheart and wife, Nancy, is a physical therapist at the hospital where I operated for years. She has routinely cared for my patients, as well as members of my family. Seeing her every week at the hospital has allowed me to keep up with Clayton's activities over the years as he has built his own successful business in used equipment sales. Ever industrious, at one time a few years ago, Clayton had a business recycling used pallets. One of his employees sustained a severe hand injury which I cared for. Clayton's concern for his employee was demonstrated by his showing up in person at the hospital and at my office to assure that anything that I needed of him as the employer would be readily supplied. In my 38 years of experience, it has been extremely rare to see the boss of an injured worker show up in person but Clayton is one of those rare caring exceptions.

In our chosen professions, we both have to deal with people who have gotten themselves into trouble - you with the legal consequences and me with the medical consequences. You have to make the tougher decisions. I've had patients shot in the course of committing a robbery, drunk drivers who killed others and injured themselves, and gang members who have blown themselves up while arming a bomb meant for others. No one has sympathy for such patients. There are patients injured through no fault of their own – hit by a car that swerved into their lane or crushed by an equipment failure in a factory. They have our total sympathy. Then there are those patients in the middle. They start out with the best of intentions but make a bad last-minute decision that gets them hurt – such as diving into too shallow water while egged on by a crowd. I believe Clayton falls into this last category.

The medical decisions and treatment are the same for all of these classes of patients but not so the legal decisions a judge must make. Unlike a judge, I do not have to weigh mitigating circumstances. Through his good nature, ethic for hard work, and self-taught business acumen, Clayton has done quite well for a country boy. I have always known Clayton to be soft-spoken, a good listener, and kind. I have never heard him speak in bellicose terms or express extreme views on politics or other subjects. He neither smokes, nor drinks, nor uses profanity. He is devoted to his church and he is a devoted husband. I am certain that he would never have taken Nancy with him to Washington if he had even remotely contemplated involvement in anything illegal, much less any physical altercation.

I do not envy your position. Everyone wants fairness and justice. For half of the country, justice will only be served by seeing Clayton hung from the highest yardarm and you are the only person between Clayton and that outcome. It is my understanding that you allowed Clayton out on bail despite the Justice Department asking that he remain incarcerated. I found that decision courageous and heartening. Anyone who knows Clayton and Nancy Mullins knows that Clayton is no risk for flight or further mischief. Crime and politics is an absolutely toxic mixture that can make for a state pursuing overly harsh punishments, not just to punish the crime itself, but also to set an example to political opponents, e.g. the 1916 Easter Rising in Ireland. Clayton is the kind of guy who will face up to his mistakes and take his fair number of licks. I trust that you are the kind of judge who will resist the political pressures, weigh Clayton's charges and mitigating circumstances, and arrive at a fair number of licks. Thank you for your consideration.

Sincerely,

*Mark Crawford MD*

Mark L. Crawford MD

The Honorable Emmet G. Sullivan United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Clayton Ray Mullins, 21-cr-00035-EGS

May 24, 2021

Dear Judge Sullivan:

My name is Ben Crawford. I am the owner of a local equipment rental company and I do my best to be a respectable business owner. I believe that I am well liked and respected by most that know me.

I have known Clayton Mullins since 1992. Within a year of meeting Clayton I found myself working as a contractor on a construction job that was way behind. Clayton volunteered to help and worked with me for over two weeks until the job was completed. Although Clayton was paid, he never asked about payment or a wage rate. I am sure that he would have done it for free had I asked him. He did not do this because he was indebted to me but because he simply enjoys working and helping others.

Since that time Clayton and I have been close friends. Throughout those years he has always been involved with his church, usually going three times a week. He would invite most everyone that he developed a relationship with and many did and do go to church with him. He does not drink or use tobacco and I cannot remember ever hearing him utter a curse word.

During each of our courses of business Clayton and I would attend many auctions together. These auctions can bring a wide variety of people, and as you can imagine, some auction goers do not know how to act in a way that would be considered proper. I remember a time when a group of people at an auction were rather loudly cussing and using the Lord's name in vain. When Clayton overheard it, he walked over and asked if he could join them. When they gave him a confused look, he explained that he had overheard them talking about God, and assumed they were having Bible study and wanted to know if he could join them. That time was one of many that he has gently let people know that they may want to reflect on the way they were acting. While we all encounter people who we do not agree with, I have never known Clayton to raise a hand to anyone. He is compassionate and has always stood up for the little guy that he felt was being bullied.

After my wife and I were married I would occasionally ask Clayton to meet me at my house. As is my nature, I would be running late more often than not. When my wife would invite him to wait for me inside, he would say that he would just walk around our subdivision and get some exercise. After a couple of years of this I finally realized that although he enjoyed the exercise he didn't think it looked right for he and my wife to be together without me there. The thought never crossed my mind but it did his, and he wanted to be sure to do the right thing.

As Clayton's mother aged he would take her with him most everywhere he went. Since he is self-employed, he had the ability to take Jo (his mother) with him to his shop and while

traveling and buying or selling equipment. He enjoyed spending his day with her, and it kept her busy and engaged so she lead a more active life which I am sure helped her to live a longer and happier life. Having Jo with him did slow things down but he never once complained. He knew that spending time with those that you love was more important than making more money. I used to say that when I was driving I would have my dog with me, but when you would see Clayton he would have Jo.

Although I would have loved to have met him I never knew Clayton's dad. He passed away when Clayton was a teenager and before we met. Clayton is the youngest of his siblings and that was very stressful on Clayton and his family. Even with his early demise, he and Jo gave their children love, taught them a good work ethic, and raised all good, hard working, responsible, productive, and God-fearing adults, and I know that our society is better having each of them in it.

Clayton has true concern for everyone in my family. My dad was a former WW2 pilot and long-time businessman. At the age of 95 my dad was diagnosed with pancreatic cancer and passed away from it over a year later at the age of 96. The day that my dad passed away Clayton was there with us which was quite comforting. He would hold dad's hand and try to get him to drink something. It was a very humbling experience to have our friend there spoon feeding dad and begging him to just drink a sip of water, all the time still calling him "Mr. Crawford." It was then that I took my last picture of dad there with Clayton by his side. I chose to take the picture not because I wanted to remember seeing dad that way but because I did not want to forget the love that was being given to my dad and our family in our time of sorrow.

Dad passed away within an hour. I am including a picture from that day because I want to try ✱ and convey to you the good, loving, and harmless person that Clayton has been ever since I have known him. When I think of Clayton and the characteristics that define him, I have over 30 years of memories to choose from. It troubles me to know that many who do not know him are attempting to judge his character by examining only a thin sliver of his life. I wish they could review his actions of love that could be seen on the other 18,000 days of his life, but I guess that is something that only the Lord can do.

I thank you for taking on the difficult task of having to assess the character of the people that come before you. I am sure this is a task that you take very seriously knowing how greatly your decision will affect all of those involved. It must be difficult on you and your staff and I would like you to know that I have been and will be lifting up you and your staff in prayer. I have known Clayton for over 30 years and, contrary to the belief of some, I can assure you that our society is a better place having Clayton in it. I humbly ask that you show leniency and mercy toward my friend.

Sincerely,

*[signature]*
Ben Crawford
~~[address redacted]~~
Mayfield, KY 42066

✱ *Not Included* ✱

**Thomas Fortner**
~~[redacted]~~
Trenton, TN 38382

April 29, 2021

**The Honorable Emmet G. Sullivan**
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Clayton Ray Mullins, 21-cr-00035-EGS

*Dear Judge Sullivan:*

*My name is Thomas Fortner. I am an 86 year old retired Baptist minister. I live in Trenton, Tennessee.*

It is the purpose of my communication to provide the Court with information related to my personal relationship with Clayton.

I have known Clayton since he was a child. He and his family have been very dear friends for many years. Since he has matured into an adult, we have established a closer relationship. He is truly a good person and a faithful friend. I have personally observed that Clayton has a tender, considerate, and giving heart. Clayton is a man of integrity who displays honesty and reliability in all areas of his life. He has exhibited strength and perseverance when he is faced with challenges.

I have preached for several years at his church. I have personally observed Clayton serving within the church. He is very involved and committed. We have spent many hours in conversation and I have observed that Clayton is a man of spiritual understanding.

Because of my personal relationship with Clayton, it is my belief that he is a man of great honor.

Sincerely,

*Thomas Fortner*
Thomas Fortner

April 17th, 2021

The Honorable Emmet G. Sullivan
United States District Court
333 Constitution Avenue, N. W.
Washington, D.C. 20001

Re: Clayton Ray Mullins, 21-cr-00035-EGS

Dear Judge Sullivan:

*I humbly request a little of your valuable time to present you with my personal testimony regarding the character, integrity and honest deportment of Clayton Mullins as an outstanding citizen and community member.*

I am a veteran having served in the U.S. Air Force during the Korean conflict of the fifties. I am now eighty five years old. I have been involved fulltime in the gospel ministry for over sixty years. I have been a pastor of local churches dealing directly with people in their daily trials and blessings. I was Clayton's pastor for several years thereby getting to know him very well. I found him to be an honest and compassionate friend to any and all who needed Him. He has personally come to my assistance many times without having been asked. I am a person living on a very modest income and Clayton has helped me financially many times. He has done work on my vehicle free of charge several times. I know of others for whom he has provided housing assistance and help with their families. Clayton Mullins is a good man with a loving and kind heart toward others. I cannot conceive of Clayton being anything but kind and helpful to his fellowman.

Clayton grew up in a country setting on a working farm. He is the youngest member of a large close knit family with god-fearing parents who taught him the value of hard work, to respect authority and the value of honesty in his dealings with others. He has built a thriving and prosperous business from a small struggling beginning to a very lucrative and successful operation providing jobs for others. He has been a faithful and honorable husband to his wife. And he is an asset to the community. Clayton truly is a peaceful and caring person and one whom I consider myself very blessed to have as a dear friend. I love Clayton and his wife Nancy as my own children. I know Clayton as honorable and good.

Sincerely, Richard H. Heatherly

*Richard H. Heatherly* (signature)

1

TO: The Honorable Emmet G. Sullivan
United States District Court
333 Constitution Ave, NW,
Washington, DC 20001

Re: Clayton Ray Mullins, 21-cr-00035-EGS

My name is Pastor Chad Johnson. I pastor Russellville Baptist Church in Russellville, KY. where I have Pastored for 9 years. I am also a 19 year employee of the United States Postal Service. I reside in Logan County, Kentucky with my wife and four children on our family farm. I am a good friend of Clayton Mullins. I would like to use this letter to tell you the the wonderful godly man that Clayton is. I have known Clayton for about 12 years. Clayton called me to come and preach at Little Obion Baptist Church because they did not have a pastor. When I arrived Clayton was the first person to greet me and my family.

Clayton

When I shook hands with him you could tell by his grip he was a hard working man. As I got to know Clayton I learned that he was a honest bussiness man who was well respected for his honesty and work ethic. I could also tell he had a great love for God and his church. Before he would have me preach he wanted to know where I stood on doctrine. In 2012 I felt led to start a church in Russellville, KY. Clayton and Little Obion Baptist Church spongored me in this effort. We had no money to speak of. Clayton gave us $500.00 to buy some used chairs for our church building. Clayton is a man who respects the law and loves America. He also is a devoted husband and is devoted to supporting those who stand for what is right. Clayton Mullins is truly one of the good guys.

Thank you,
Chad Johnson
4-18-21

The Honorable Emmet G. Sullivan
United States District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: Clayton Ray Mullins, 21-cr-00035-EGS

Dear Judge Sullivan:

My name is Kyle Clayton and I am from Finger, Tennessee. The purpose of this letter is to encourage the court to look at the character of Clayton Mullins. Clayton and I met when I was about 15 years old through the equipment business. At the time, I was just a kid trying to get started in the family business. Clayton showed me the same respect that he did anyone else and I instantly knew that I liked him. Through the years I have grown to respect Clayton for the honesty and kindness that he shows to everyone.

Clayton is the kind of guy that you want to do business with because you know you can trust what he says. People like that can be hard to come by and that is why I consider myself lucky to be his friend. I always enjoy when I pull up at an equipment sale and see Clayton there. He is a joy to be around and is friends with everyone. Good business and good friends are rare, but Clayton possess a lot of both and it is all accredited to the upstanding character that he shows every day. I ask that the court please consider this testament of character on behalf of Clayton.

Sincerely,

*Kyle Clayton*
Kyle Clayton

The Honorable Emmet G. Sullivan
United States District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

Re: Clayton Ray Mullins, 21-cr-00035-EGS

Dear Judge Sullivan:

My name is Jamey Clayton and I am from Finger, Tennessee. I have known Clayton Mullins for over 15 years. We met by chance through both of our dealings in the equipment business and have been friends ever since. In over 15 years of knowing Clayton, I have never once heard an ill word said about him. He is a man of true integrity. His word means something to him, and in today's society we need more people like that. Clayton is a generous man who is always there to help in time of need. He will go out of his way to help not only his friends, but others as well.

The purpose of this letter is to give insight to the tremendous character that Clayton exemplifies in his personal and business life. In business it is rare to find a man who no one can speak badly of, and that is why I feel it so important to show my support for Clayton. When Clayton tells you something, you can take it to the bank because he is a man of his word and he never speaks without knowledge to support his claim. It is rare that friendships hold true with many miles to separate one another, but that has never been an issue for Clayton and me. Over the course of our friendship I have lost my sister, dad, and mom, and with each loss Clayton made sure to check on me and my family. It means a lot when a man you met through business takes interest in your personal life and becomes your friend. I proudly supp[ort] Clayton Mullins as he is a man that is easy to stand behind.

Sincerely,

Jamey Clayton

**Baggett Equipment**

David Baggett

13683 Highway 45 North
Finger, TN 38334
731-645-0868

May 21, 2021

The Honorable Emmet G Sullivan
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:  Clayton Ray Mullins, 21-cr-00035-EGS

Dear Judge Sullivan:

My name is David Baggett, I am writing you to express what a good friend and person I feel Clayton Mullins is. I have known him for about twelve years. I have been around him in a business capacity, and he has always been a very honest person. He's always had a reputation for honesty and reliability. When I am with him at the sales, we attend together, His behavior toward others is always very Christian and very honest. He's very trustworthy.

Sincerely yours,

David Baggett

May 31, 2021

Dear Honorable Judge Sullivan,

I am a close friend to Clayton Mullins and his family.  I am 55 and have lived in the Wingo community my whole life.  I am a disabled Registered Nurse.

I am more than happy to write a letter to you to provide the court with encouraging information about Clayton Mullins.

I have known Clayton his whole life.  We became really good friends when he was 15 years old.  We would all meet up at our small town's center and play games in the recreation center and then usually a bunch of us would go out to eat.  Clayton usually came after he finished working either hauling hay, feeding cows, driving a tractor or anything else that needed to be done.  When he got his drivers license he would always be the designated driver if anyone had been drinking.   Clayton would give a job to those in need whenever he could.  He was always kind and courteous and fun to be around.

Clayton was raised by two of the finest parents and people you will ever meet.  He was raised in a Christian home and attended church with his family.  They struggled to make ends meet with 5 children but they instilled their work ethic and faith into each child.  They had what they needed and were very happy.

You won't find anyone in our community who has anything bad to say about Clayton or his family.  They are all fine Christian people and very respected by others.  Clayton is always willing to help others when there is a need.  Clayton is a very honest person.  He wouldn't hurt a fly.  He is very tender hearted and can't stand to see anyone hurting or in trouble.  He steps in to help whenever he can.


Sincerely,

Shanda Abbott

The Honorable Emmet G. Sullivan
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Clayton Ray Mullins, 21-cr-00035-EGS

Dear Judge Sullivan:

Clayton and Nancy Mullins have been my father's neighbors for the last 20 years. Over the many years there have been numerous occasions where Clayton has helped my father. Clayton and Nancy were also there for my father when my mother was killed in a motorcycle wreck in 2006. His willingness to help my father without being asked and check on the property during his absence is more than someone could ever ask for in a neighbor. Their relationship over the years has evolved from neighbors to friends. On many occasions my father has described their relationship as family. My father is now 75 years old, a retired insulator and Vietnam veteran, and with the majority of our family living many hours away, it has always been a comfort to know that Clayton was just next door if Dad needed anything.

I have since returned to the neighborhood with my family and can provide the same examples of Clayton's character. Clayton has stopped by to say hello and ended up staying for hours to help myself, or Dad and myself, complete the tasks we were working on. Clayton has offered and helped assist with locating equipment when needed during the construction process. We once were moving some materials around with a heavy lift after a rain. Long story short we got the equipment very stuck. We were unsure what to do and the only option I thought was to call an expensive tow truck. My father called Clayton and he quickly came over. With his extensive equipment knowledge he got the piece of equipment out at the same time showing us how to prevent it from happening again.

Clayton is very devoted to his faith. I cannot recall a Sunday morning that I did not see their car missing until afternoon while they traveled to their church to attend service. It is not a close church, distance wise, so this speaks to his priority in his faith.

Sincerely,

Nicholas Dempsey, Bobby Dempsey & Family