### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **Criminal No. 21-cr-00035-EGS** |
| ) | **(Release Order 21-mj-233)** |
| CLAYTON RAY MULLINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

Upon consideration of Defendant's Motion to Modify Conditions of Release, with the agreement of the Pretrial Services Office of the Western District of Kentucky - Paducah Division, it is this _____ day of June, 2021,

**ORDERED**, that the Order Setting Conditions of Release (ECF No. 11) issued on March 2, 2021, is hereby modified to remove Defendant from the location restriction (7(p)) and monitoring (7(q)) conditions.

All other conditions of release remain in full force and effect.

_____
Emmet G. Sullivan
United States Judge