IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>CLAYTON RAY MULLINS,   )<br>)<br>**Defendant.**   )<br>_____) | Criminal No. 21-cr-00035-EGS<br>(Release Order 21-mj-233-RMM) |

**DEFENDANT'S REPLY IN SUPPORT OF MOTION TO
MODIFY CONDITIONS OF RELEASE (ECF No. 77)**

The government claims that Clayton Mullins has "demonstrated a *tendency toward violence* and a willingness to impede and obstruct the right and lawful function of government." Government's Opposition, ECF No. 79 at 3 (emphasis added). This proposition is belied by their failed attempt to wrest his liberty. They tried to detain him pretrial based on risk of flight and obstruction of justice under 18 U.S.C. §§ 3142(f)(2). *See* pleadings at ECF No. 6 & 8 (21-mj-233-RMM). Chief Judge Howell summarily rejected this attempt on March 2, 2021. *See* Minute Entry on that date denying Government's Motion for Review and Appeal of Release Order (no memorandum opinion issued); release order at ECF No. 11 (21-mj-233-RMM).

To be clear, the government did not seek detention based on proof that my Client committed a crime of violence (18 U.S.C. §§ 3142(f)(1)(A)) because no such evidence existed. And still does not.

Attached are 34 additional letters from family and friends.

FAMILY - Exhibit 1

1) Janice Mullins Spraggs, Sister - Murray, Kentucky

  2) Patricia & Bobby Rohrer, Paternal-In-Laws - Mayfield, Kentucky

  3) Robert & Dana Rohrer, Sibling-In-Laws - Mayfield, Kentucky

  4) Connie Newsome, Sister-In-Law - Farmington, Kentucky

  5) Amber Spraggs, Niece - Murray, Kentucky

  6) Colton Sisson, Nephew - Wingo, Kentucky

  7) Corey Newsome, Nephew - Farmington, Kentucky

  8) Victoria Prock, Cousin - Avon, Indiana

FRIENDS - Exhibit 2

  1) Dr. Bobby J. Adams - Dyersburg, Tennessee

  2) April Brown - Hixson, Tennessee

  3) Danny L. Cope - Calvert City, Kentucky

  4) Bettye E. Crawford - Mayfield, Kentucky

  5) Chandra Davis - Mayfield, Kentucky

  6) Don & Nancy Gossum - Mayfield, Kentucky

  7) James Gossum - Mayfield, Kentucky

  8) Brent & Cassie Graham - Harrisburg, Illinois

  9) Greg Graves - Paducah, Kentucky

FRIENDS - Exhibit 3

  10) David Graziano - Paducah, Kentucky

  11) Branon Hardy - Gilbertsville, Kentucky

  12) Kim Harris - Mayfield, Kentucky

  13) Don R. Holshouser - Mayfield, Kentucky

    14) Ross Howell - Gilbertsville, Kentucky

    15) Seth Jones - Mayfield, Kentucky

    16) Michael Jurglomies - Wingo, Kentucky

    17) Jim Kimmel - Benton, Kentucky

    18) Tanna Kimmel - Gilbertsville, Kentucky

<u>Friends - Exhibit 4</u>

    19) Linda LaTourelle King - Mayfield, Kentucky

    20) Kim McGhee - Hickory, Kentucky

    21) Thomas & Sandra Mock - Bertrand, Missouri

    22) David Moore - Jackson, Tennessee

    23) Jake Peeler - Farmington, Kentucky

    24) Bobby Poat - Paducah, Kentucky

    25) Teresa Rogers - Graves County, Kentucky

    26) Clay Wagnon - Warren, Arkansas

In total, we have 72 letters of public support for Clayton that give the Court every reason to grant this Motion.

                                                        Respectfully submitted,

                                                        _____/s/_____
                                                        Pat Munroe Woodward, Esq.,
                                                        D.C. Bar No. 436662
                                                        1783 Forest Drive, No. 330
                                                        Annapolis, MD  21401
                                                        Phone:  202-246-4679
                                                        Fax:  443-216-9812
                                                        patmwoodwardjr@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of June, 2021, I electronically filed the foregoing Reply with the Clerk of Court using the CM / ECF system, which will send an electronic notification of such filing to all counsel of record.

                                                                   /s/
                                      Pat Munroe Woodward, Esq.