**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**      ) | |
|      ) | |
| **v.**      ) | **Criminal No. 21-cr-00035-EGS** |
|      ) | **(Release Order 21-mj-233)** |
| **CLAYTON RAY MULLINS,**      ) | |
|      ) | |
|      **Defendant.**      ) | |
|      ) | |

## CONSENT MOTION TO APPROVE TRAVEL

Defendant Clayton Ray Mullins, by and through undersigned counsel, respectfully moves this Honorable Court to approve travel to the Middle District of Florida (MDFL) for business-related activity on February 19 - 27, 2022.  On April 27, 2021, this Court permitted Mr. Mullins to travel beyond the Western District of Kentucky for employment purposes as approved by the Pretrial Services Office - Paducah Division.  Supervising Officer Joshua Rose from that Division agrees with this proposed business trip but respectfully requests this Court's approval given the multi-day stay in another jurisdiction.

During the past decade, Mr. Mullins has purchased hundreds of heavy equipment vehicles and machines from an annual auction in the MDFL.  Since the horrific tornado destruction in Western Kentucky on December 10, 2021, Mr. Mullins has volunteered his time and equipment helping his fellow citizens recover. The salvage and construction requirements in the Mayfield area are immense.  Mr. Mullins is uniquely qualified to meet his community's pressing needs by purchasing additional vehicles and equipment at the auction.

Officer Rose has the requisite contact information to coordinate supervision with the MDFL.  Assistant United States Attorney Colleen Kukowski kindly consents to this motion.

Respectfully submitted,

_____/s/_____
Pat Munroe Woodward, Esq.,
D.C. Bar No. 436662
1783 Forest Drive, No. 330
Annapolis, MD  21401
Phone:  202-246-4679
Fax:  443-216-9812
patmwoodwardjr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2022, I electronically filed the

foregoing Motion and proposed Order with the Clerk of Court using the CM / ECF system,

which will send an electronic notification of such filing to all counsel of record.

_____/s/_____
Pat Munroe Woodward, Esq.