IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-cr-00035-RC |
| ) | |
| CLAYTON RAY MULLINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S NOTICE OF EXHIBIT FILING

Defendant Clayton Mullins, by and through undersigned counsel, files this Notice of Exhibit Filing pursuant to Local Criminal Rule 49(e)(1). The exhibits are Body Worn Camera videos of MPD Officers A.W. and C.M. from January 6, 2021. They are referenced in Defendant's Motion to Sever Counts and Defendants (ECF No. 323) and his Reply (ECF No. 331). These two videos are available to the Court and counsel electronically via USAfx.

Respectfully submitted,

_____/s/_____
Pat Munroe Woodward, Esq.,
D.C. Bar No. 436662
1783 Forest Drive, No. 330
Annapolis, MD  21401
Phone:  202-246-4679
Fax:  443-216-9812
patmwoodwardjr@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2023, I electronically filed the foregoing Notice with the Clerk of Court using the CM / ECF system, which will send an electronic notification of such filing to all counsel of record.

_____/s/_____
Pat Munroe Woodward, Esq.