UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 21 Cr. 35 (RC) |
| | : |
| CLAYTON RAY MULLINS and | : |
| RONALD COLTON McABEE, | : |
| | : |
| Defendants. | |

## ORDER

This matter having come before the Court pursuant to the Government's motions in limine, filed on July 17, 2023, is hereby:

**ORDERED** that the Government's Motion is **GRANTED.** Specifically,

1. The defendants may not cross examine witnesses from the United States Secret Service regarding specific information pertaining to the location to which the Vice President was re-located following the breach of the U.S. Capitol, Secret Service protocols related to the locations where protectees or their motorcades are taken at the Capitol or other government buildings when emergencies occur, or details about the nature of Secret Service protective details, such as the number and type of agents the Secret Service assigns to protectees.

2. The defendants may not cross examine witnesses from the United States Capitol Police or otherwise introduce evidence regarding the exact locations of Capitol Police surveillance cameras or introduce exhibits which show the cameras' physical location at trial.

3. The defendants may not introduce evidence of "other good acts," or make arguments or introduce evidence regarding their culpability relative to other actors on January

6, 2021; and

4. The defendants may not make arguments or otherwise encourage jury nullification.

_____

The Honorable Rudolph Contreras