# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CASE NO. 21 Cr. 35 (RC)** |
| **CLAYTON RAY MULLINS, and RONALD COLTON MCABEE** | : | |

## NOTICE OF FILING OF EXHIBIT

On July 17, 2023, the Government filed its motions *in limine* in this matter. ECF No. 340. Those motions referenced a declaration of United States Capitol Police General Counsel Thomas A. DiBiase. *See id.* at 8-10. The Government, however, inadvertently did not attach that declaration to its original filing. The declaration is attached hereto as Exhibit 1.

Respectfully submitted,

DATED: July 22, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Benet J. Kearney*
BENET J. KEARNEY
New York Bar No. 4774048
ALEXANDRA F. FOSTER
Washington, D.C. Bar No. 470096
Assistant United States Attorneys
601 D Street, NW
Washington, DC 20530
Benet.Kearney@usdoj.gov
Alexandra.Foster@usdoj.gov
(212) 637 2260 / (619) 546-6735