UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAYTON RAY MULLINS,<br><br>Defendant. | Case No. 21-cr-35 (RC) |

**MOTION TO FILE REDACTED VERSION OF THE GOVERNMENT'S SENTENCING MEMORANDUM ON THE PUBLIC DOCKET AND SEAL EXHIBIT 15**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby respectfully moves to file a redacted version of the government's sentencing memo and file Government's Exhibit 15 under seal. Several sentences have been redacted from pages 49-50 of the Government's Sentencing Memorandum. Further, Government's Exhibit 15 to the Sentencing Memorandum has been filed under seal. The redacted sentences from the Sentencing Memorandum and Government's Exhibit 15 contain the victim's medical information.

//

//

//

//

//

//

//

WHEREFORE, the government respectfully requests that the Court grant the government's motion and issue an order sealing Government's Exhibit 15 to the Sentencing Memorandum and allowing the Government to file a redacted sentencing memorandum on the public docket (ECF) in this matter.

Dated: January 9, 2024                 Respectfully submitted,

                                                         MATTHEW M. GRAVES  
                                                         UNITED STATES ATTORNEY

                                                         _/s/ Alexandra F. Foster_  
                                                         Alexandra F. Foster  
                                                         Assistant United States Attorney  
                                                         Washington, D.C. Bar No. 470096  
                                                         619-546-6735  
                                                         Alexandra.Foster@usdoj.gov