IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-cr-00035-RC |
| ) | |
| CLAYTON RAY MULLINS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

Defendant Clayton Ray Mullins, by and through undersigned counsel, respectfully submits this memorandum and support letters for his sentencing on January 17, 2024. As of today, Clayton has successfully complied with the Court's release orders for 1044 days. That is more than 149 weeks, more than 34 months and almost three years since his release on March 2, 2021 by Chief Judge Howell. (ECF No. 11 / 21-mj-00233-RMM). For more than 13 months, Clayton faithfully followed the restrictions of home detention until April 5, 2022, when Judge Sullivan placed him on a curfew (Minute Order). Based on this history of pretrial compliance and the *sui generis* factors applied under 18 U.S.C. § 3553(a)(1), a downward variant sentence of 12 months home confinement is appropriate.

**I.    PRESENTENCE INVESTIGATION REPORT (PSR)**

As an initial matter, the final PSR filed on January 5, 2024 (ECF No. 405) does not recommend a two-point enhancement, pursuant to U.S.S.G. § 3A1.3, for restraint of victim. We agree with this position and ask the Court to follow suit. Clayton never had control over Officer A.W. as he briefly tried to pull him away from a violent assault.

Counsel's objections to the PSR can be found on page 27. There are two adjustments we

respectfully ask the Court to make that will bring the total offense level to 18. With zero criminal history points - Category I - the guideline range is 27 to 33 months.

First, Clayton is the only one of the remaining eight co-defendants who has *not* been found guilty of 18 U.S.C. § 111(b) (assault of an officer causing serious bodily injury or use of a dangerous weapon) (Co-Defendant Lopatic died in 2022, PSR at p. 12, ¶ 47). Clayton pled guilty to a lesser included offense (§ 111(a)(1)) because he did not cause the injuries that would support the five-level increase pursuant to USSG § 2A2.2(b)(3)(B). The signed plea agreement shows the intent of the parties was "Bodily Injury" and "+3" (ECF No. 355 at p. 3).

The second adjustment relates to a two-level decrease under USSG § 4C1.1(a), Chapter Four Adjustment Zero-Point Offender, effective November 1, 2023. This provision was not available to the parties when they signed the plea agreement last August but paragraph 10.E. (Id. at p. 8) gives Clayton the right to file a motion under 18 U.S.C. § 3582(c)(2) for a sentence modification based on subsequent reduction of a guideline range by the Sentencing Commission. In the interests of judicial economy, we ask the Court to address this issue at sentencing. As shown above, Clayton did not cause the officer's serious bodily injury and his vigorous efforts to free the officer from a violent assault does not exclude him from this new provision of mercy.

## II.     STATUTORY FACTORS - 18 U.S.C. § 3553(a)

### A.   Nature of Offense - § 3553(a)(1)

Clayton illegally climbed the United States Capitol steps and assaulted an officer on January 6, 2021. He accepts responsibility for his unlawful behavior. The following information does not excuse his misconduct but is humbly offered for mitigation.

When mayhem erupted on the Capitol steps, Clayton chose charity, not malice, to aid the distressed souls around him.  Surprised by the tumult, a lifelong instinct to serve others drove him to help people in peril.  Unlike his co-defendants, Clayton had no rage or battle armor.  Clayton did not target or taunt the police officers.

As an AUSA in DC during the 1990's, counsel papered and prosecuted hundreds of Assault on Police Officer (APO) cases.  That experience engendered great respect for the women and men who risk their lives every day to protect us.  Most APO defendants were enraged and / or drunk beyond all reason.  On January 6th, Clayton was sober and somber.  He tried to assist Roseanne Boyland who lay dying at the West Terrace Archway.  A New York Times article shows Clayton just to the right of her friend Justin Winchell (bright blue coat) trying to help her.

*www.nytimes.com/2021/01/15/us/rosanne-boyland-capitol-riot-death.html*

*< Space Intentionally Blank >*



Clayton also helped others in the crowd who were being trampled. Thirty seconds later, Clayton tried to help MPD Officer A.W. by pulling him away from Co-Defendants Sabol, Jersey and McAbee who were beating him. The following timeline references videos from the body worn cameras (BWC) of MPD Officers A.W. and C.M. which use military time. These videos are covered by the Court's protective order and have been previously delivered to the Court.

> Officer A.W. BWC Video - 13 minutes and 31 seconds duration:
>
>> 16:25 - Officer A.W. reaches front line at Archway;
>>
>> 16:26 - People are piled up;
>>
>> 16:26:13 - Clayton renders aid to people on ground;
>>
>> 16:26:23 - Another view of Clayton helping others;
>>
>> 16:26:54 - Justin Winchel cries: "She's dead, she's dead!!"
>>
>> 16:26:55 - Clayton still helping others;
>>
>> 16:27:13 - Officer A.W. goes down;
>>
>> 16:27:50 - Co-Defendant McAbee is fighting officers right on top of Officer A.W. and then falls on him;
>>
>> 16:28:25 - Clayton is on other side of rail several feet away from Officer A.W.
>>
>> 16:28:41 - Officer A.W. is back on his feet near Archway.

Officer A.W. was on the ground for less than 90 seconds and remained on the top steps near the Archway. Clayton did not pull Officer A.W. down the steps. He did not fight Officer A.W. He watched him get up and return to his fellow officers.

> Officer C.M. BWC Video - 18 minutes and 2 seconds duration:
>
>> 16:24 - Officer C.M. reaches front line at Archway;
>>
>> 16:24:57 - Justin Winchell screams repeatedly: "There are people crushed here!!"

  16:25:44 - Mr. Winchell pleads: "Get her up, please save her life!!"

  16:27:31 - Officer A.W. is on the ground and Clayton is 10 feet away;

  16:27:34 - Clayton is at the rail;

  16:27:36 - Clayton reaches over the rail; Officer A.W.'s head is off the ground *BEFORE* Clayton touches him and *BLOOD* is already visible on Officer A.W.'s back collar;

  16:27:50 - Co-Defendant McAbee is fighting officers at the front line.

Co-Defendants Sabol, Jersey and McAbee, who attacked Officer A.W. and threw him to the ground, caused Officer A.W.'s head wound. You can already see blood on Officer A.W.'s jacket collar upon Clayton's first encounter with him. As to Officer B.M., Clayton directed him to safety away from the maelstrom in the Archway. And Clayton certainly did not pull Officer B.M. down the Capitol steps

  A Washington Post article published March 10, 2021 captures the moment that Clayton tries to pull Officer A.W. away from Co-Defendant McAbee. Clayton's head is turned away because there is a rioter just above him swinging a hockey stick. That is why he could not see that another officer was trying to pull Officer A.W. into the Archway at the same time. Clayton released Officer A.W. when he realized that another officer was assisting him.

https://www.washingtonpost.com/local/legal-issues/police-assaults-capitol-riot-charges/2021/03/10/7b44ea2c-7b70-11eb-a976-c028a4215c78_story.html



This brief factual summary of these awful events on January 6th supports Clayton's account from day one that he was trying to help, not hurt Officers A.W. and B.M

### B. Clayton's History and Characteristics - § 3553(a)(1)

There are now 90 letters of public support filed in this case from Claytons's family and friends. These direct descriptions from lifelong observers give the best insight into his history and characteristics. They show a man from humble honest roots who is law-abiding, hard-working, peaceful and always helping others in need. After an EF-4 tornado destroyed his hometown of Mayfield, Kentucky on December 10, 2021, killing 24 Graves County residents, Clayton volunteered his services and heavy equipment for months and years afterwards to help folks recover.

Clayton's letter to the Court shows the extreme remorse he carries for his conduct on January 6, 2021 (Exhibit 1). He admits that he was "energized" by the January 6th crowd but knows that he should have resisted the urge to get close to the Capitol. He is now "going through the toughest trials of his life…I am willing to make amends and follow the rule of law." (Id. at p. 1). He emphasizes that he has always supported law enforcement and first responders and helped them with "traffic accidents, tornado and ice storm disaster clean up (.)" (Id. at p. 2). After recounting his actions on January 6th (also submitted for PSR at p. 13, ¶ 58), he writes "I walked away from the Capitol that day a changed man. I was crying when I reached my family. In shock I said 'a woman got hurt and I tried to help her' and 'they were hitting and injuring the police officers and I was trying to help the police and get them to safety." (Ex. 1 at p. 3). His immediate reaction to the tragic events on the Capitol steps captures the soul-crushing impact on Clayton. He concludes "I now have a felony conviction of which shames me. I have asked my

Lord for forgiveness and want to personally ask the police officers for forgiveness for my involvement."  (Id. at p. 4).

In her letter (Exhibit 2), Clayton's wife Nancy shares his grief and torment:  "Our hearts break for the people harmed on that day and have never forgotten the ones that lost their lives.  We have spent much time on our knees praying for the victims and asking God to forgive us for being a part of that tragic day."  She recounts specific instances of Clayton's generous spirit in helping family members whose homes were destroyed by the tornado.  She confirms his respect for the police and how he once assisted them in rounding up cattle and directing traffic after a wreck.  Clayton has been especially helpful to Nancy's elderly parents and been a steadfast life partner as she undergoes cancer treatment.

Retired Judge Gregory D. Pruitt expresses his great admiration for the Mullins family and knows Clayton to be "caring, loving, and supportive of others and his community."  (Exhibit 3)  He believes that he has been "positive, committed, and helpful anytime he knew that someone was in need in any way."  Clayton is "intuitive to the needs of those around him."  Judge Pruitt cites his own limited mobility with a walker and describes Clayton's focused attention:  "While many are sympathetic or supportive in assisting me from time to time, very few are keenly aware of my risk.  He, however, is literally standing close enough to assist immediately if needed.  I believe Clayton certainly attempts to be that attentive and helpful to anyone around him who may have a similar need or weakness."

Retired FBI Supervisory Special Agent Robert Edward Dueker, Sr. is Clayton's neighbor in Benton, Kentucky (Exhibit 4).  He served in Vietnam as a Marine Pilot and spent 29 years with the Bureau.  He writes that Clayton is an "honest, trustworthy, hard worker, and a devoted

husband…Clayton and his wife Nancy are the kind of neighbors everybody wants to have." He says that "in the 14 years I have known Clayton, he has never been violent in any way and never promoted it in any way."

Retired Deputy Sheriff Kelly E. Drew has known Clayton since they were high school farm boys picking tobacco, hunting and fishing (Exhibit 5). He is "dependable and trustworthy" and "loved by everyone." He recalls how "Clayton was always helping our community and supporting our sheriff's office 100 percent." He cites a specific example of Clayton lending his business expertise to help with the investigation of a "large equipment theft ring that spanned several states." He emphatically states that "Clayton Mullins is a great friend, husband, relative, neighbor, community member, businessman and person" who is "dependable, honest, loyal, committed and serving his community."

The following family members have recently submitted letters for Clayton (Exhibit 6):

1) Robert Rohrer, Father-in-Law - Mayfield, Kentucky

2) Barry Newsome, Brother-in-Law - Graves County, Kentucky

3) Joe Skaggs, Brother-in-Law - Mayfield, Kentucky

4) James Gooch, Brother-in-Law - Mayfield, Kentucky

5) Brooke Smith, Niece - Mayfield, Kentucky

6) Tina Skaggs, Niece - Mayfield, Kentucky

7) Laken Clapp, Niece - Mayfield, Kentucky

8) Jaden Feagin, Great Niece - Mayfield, Kentucky

9) Kyle Feagin, Great Nephew - Mayfield, Kentucky

10) Joey Rogers, Nephew - Mayfield, Kentucky

The following friends and business associates sent recent letters for Clayton (Exhibit 7):

11) Michael Goode, Retired Deputy Sheriff - Mayfield, Kentucky

12) Cory Crowley, Business Owner - Mayfield, Kentucky

13) Paulette Spence, Retired Business Executive - Bertrand, Missouri

14) Danny Foy, Lifelong Friend - Wingo, Kentucky

The following letters from family and friends were filed on June 7, 2021 as exhibits to Defendant's Motion to Modify Conditions of Release (ECF No. 77):

Family (ECF No. 77-1):

15) Nancy Mullins, Wife - Benton, Kentucky

16) Tena Sisson, Sister - Mayfield, Kentucky

17) Judy Skaggs, Sister - Mayfield, Kentucky

18) Ricky Dale Mullins, Brother - Mayfield, Kentucky

19) Charlotte Ann Mullins, Sister-in-law - Mayfield, Kentucky

20) Angie Gooch, Sister-in-law - Mayfield, Kentucky

21) Stephanie Dawn Mullins Richards, Sister-in-law - Paducah, Kentucky

22) Kim Rogers, Niece - Mayfield, Kentucky

23) Andy Spraggs, Nephew - New Orleans, Louisiana

Friends (ECF No. 77-2):

24) Mark L. Crawford, M.D. - Paducah, Kentucky

25) Ben Crawford - Mayfield, Kentucky

26) Pastor Thomas Fortner - Trenton, Tennessee

27) Pastor Richard H. Heatherly - Portland, Tennessee

28) Pastor Chad Johnson - Russellville, Kentucky

29) Kyle Clayton - Finger, Tennessee

30) Jamey Clayton - Finger, Tennessee

31) David Baggett - Finger, Tennessee

32) Shanda Abbott - Wingo, Kentucky

33) Nicholas Dempsey - Benton, Kentucky

   Friends (ECF No. 77-3):

34) Robert Mosley - Belton, South Carolina

35) Billy Duncan - Kentucky

36) Rick Johnson - Mayfield, Kentucky

37) Anita Parker - Kentucky

38) Carol Ramage - Mayfield, Kentucky

39) Dewayne McKnight - Murray, Kentucky

40) Hazel Brewer - Baltimore, Kentucky

41) Richard Tomlin - Center, Texas

42) Johnny Gossum - Columbus, Kentucky

43) Raymond E. McAlpin - Mayfield, Kentucky

   Friends (ECF No. 77-4):

44) Belinda McCullough - Walker, Louisiana

45) Layta Kay Guthrie - Mayfield, Kentucky

46) Allene Skulina - Bardwell, Kentucky

47) Geneva Sullivan Wall - Mayfield, Kentucky

48) Don R. Holshouser - Mayfield, Kentucky

49) Lori Bunch - Wingo, Kentucky

50) Steven Bunch - Wingo, Kentucky

51) Joe Bunch - Wingo, Kentucky

52) Joshua H. Tabers - Murray, Kentucky.

The following letters from family and friends were filed on June 29, 2021 as exhibits to Defendant's Reply In Support of Motion to Modify Conditions of Release (ECF No. 80):

Family (ECF No. 80-1)

53) Janice Mullins Spraggs, Sister - Murray, Kentucky

54) Patricia & Bobby Rohrer, Paternal-In-Laws - Mayfield, Kentucky

55) Robert & Dana Rohrer, Sibling-In-Laws - Mayfield, Kentucky

56) Connie Newsome, Sister-In-Law - Farmington, Kentucky

57) Amber Spraggs, Niece - Murray, Kentucky

58) Colton Sisson, Nephew - Wingo, Kentucky

59) Corey Newsome, Nephew - Farmington, Kentucky

60) Victoria Prock, Cousin - Avon, Indiana

Friends (ECF No. 80-2)

61) Dr. Bobby J. Adams - Dyersburg, Tennessee

62) April Brown - Hixson, Tennessee

63) Danny L. Cope - Calvert City, Kentucky

64) Bettye E. Crawford - Mayfield, Kentucky

65) Chandra Davis - Mayfield, Kentucky

66) Don & Nancy Gossum - Mayfield, Kentucky

67) James Gossum - Mayfield, Kentucky

68) Brent & Cassie Graham - Harrisburg, Illinois

69) Greg Graves - Paducah, Kentucky

    <u>Friends (ECF No. 80-3)</u>

70) David Graziano - Paducah, Kentucky

71) Branon Hardy - Gilbertsville, Kentucky

72) Kim Harris - Mayfield, Kentucky

73) Don R. Holshouser - Mayfield, Kentucky

74) Ross Howell - Gilbertsville, Kentucky

75) Seth Jones - Mayfield, Kentucky

76) Michael Jurglomies - Wingo, Kentucky

77) Jim Kimmel - Benton, Kentucky

78) Tanna Kimmel - Gilbertsville, Kentucky

    <u>Friends (ECF No. 80-4)</u>

79) Linda LaTourelle King - Mayfield, Kentucky

80) Kim McGhee - Hickory, Kentucky

81) Thomas & Sandra Mock - Bertrand, Missouri

82) David Moore - Jackson, Tennessee

83) Jake Peeler - Farmington, Kentucky

84) Bobby Poat - Paducah, Kentucky

85) Teresa Rogers - Graves County, Kentucky

86) Clay Wagnon - Warren, Arkansas

We are most grateful for the Court's review and consideration of these 90 letters of support as it deliberates on Clayton's history and characteristics.

### C. Avoidance of Unwarranted Sentence Disparities - § 3553(a)(6)

Since Clayton is the only surviving co-defendant in this case who has not been found criminally liable for a § 111(b) offense, we are stuck with comparing apples and oranges. The maximum sentence for Clayton's § 111(a) conviction is eight years, a significantly lower ceiling than the twenty years for § 111(b). Co-Defendant Barnhart, who has a criminal record including convictions for setting a vehicle on fire during a riot and a road rage incident where he pointed a gun at one driver, hit another driver in the face and left the scene, received the lowest sentence of 36 months from this Court (PSR at p. 12, ¶ 49; ECF No. 284 at p. 27). Unlike Clayton, Barnhart boasted of his January 6th exploits on social media. (Id.) And Barnhart's criminal acts in this case are much more egregious - he grabbed the neck of Officer's B.M.'s ballistic vest and dragged him down the steps headfirst in a prone position where he was assaulted by a flagpole and a baton. After assaulting Officer B.M., Barnhart charged up the steps to the police line and began beating the officers with a flagpole. (Id. at pp. 7 - 13). Again, it begs credulity to even compare Clayton with Barnhart but, given the greater 20 year offense, worst conduct and disturbing criminal history, Clayton should receive a substantially lower sentence than Barnhart.

The following defendants received sentences for assaultive conduct of less than one year:

> 1) Defendant Mark Jefferson Leffingwell, 21-cr-005-ABJ, (Statement of Offense, ECF No. 26) pled guilty to assaulting *two* officers (§ 111(a)(1)) *inside* the Capitol. The Court sentenced him to 6 months incarceration.

2) Defendant Matthew Council, 21-207-TNM (Statement of the Offenses, ECF No. 55) also pled guilty to assaulting an officer (§ 111(a)(1)) *inside* the Capitol.  The government asked for 30 months imprisonment and the Court sentenced Mr. Council to 6 months of home detention.

3) Defendant Grayson Sherrill, 21-cr-282-TSC (Statement of Offense, ECF No. 104) pled guilty to assaulting an officer with a metal pole (§ 111(a)(1)) and then took that pole *inside* the Capitol.  The government asked for 41 months and the Court sentenced Mr. Sherrill to 7 months incarceration.

4) Defendant David Alan Blair, 21-cr-186-CRC (Statement of Offense, ECF No. 51) pled guilty to Civil Disorder (18 U.S.C. § 231(a)(3)) but his offense conduct included striking an officer in the chest with a lacrosse stick adorned with a Confederate battle flag.  The Court sentenced Mr. Blair to 5 months in prison.

We respectfully submit to the Court that these cases of defendants assaulting officers *inside* the Capitol or outside with a pole and lacrosse stick are more egregious than Clayton's conduct.  And in contrast to Clayton, these defendants targeted and attempted to injure or incapacitate officers.

We pray this Court will show mercy on Clayton Mullins.

*< Signature Block on Next Page >*

Respectfully submitted,

_____/s/_____
Pat Munroe Woodward, Esq.,
D.C. Bar No. 436662
1783 Forest Drive, No. 330
Annapolis, MD  21401
Phone:  202-246-4679
Fax:  443-216-9812
patmwoodwardjr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2024, I electronically filed the foregoing Memorandum with the Clerk of Court using the CM / ECF system, which will send an electronic notification of such filing to all counsel of record.

_____/s/_____
Pat Munroe Woodward, Esq.