The Honorable Rudolph Contreras
United States District Court
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Clayton Ray Mullins, 21-cr-00035-RC

Dear Judge Contreras,

    I first want to apologize for my actions on January 6.  I am deeply sorry for the harm that came to the law enforcement on that day and the damage done to the Capitol.   I was on the Capitol grounds unlawfully.  I was involved in conduct that does not mirror my fifty-six years of life.  I have always respected police officers my entire life and I am truly remorseful for my actions.  The chaos on that day was unlike anything I have ever been a part of and will never be again.  I was energized by the crowd and I should have resisted the urge to follow the crowd and get close to Capitol.  Because I did not resist that urge I am now going through the toughest trials of my life.   I hope to convey in this narrative my sincere remorse, how this conviction has impacted my life and to show I am willing to make amends and follow the rule of law.

    I will start with my background.  I was raised in rural Graves County, KY in a modest home on a small cattle farm.  We had very little in regards to finances and some would consider us poor.  We never knew that to be so due to our parents providing for our basic needs and loving us.   I was a raised by good hardworking Christian parents that instilled in me Christian values.   My mother, a homemaker, was 43 when she gave birth to me and my dad was 46.  My dad was a WWII Army veteran.  He was the strongest man I knew even till a few months of his death from metastatic colon cancer he was showing me up throwing heavy bales of hay up into a barn loft.  I am the youngest with one older brother and 3 sisters living (one sister passed at age 3).  My father succumbed to cancer at age 66 and I was the only one left at home to watch after my mother.  We were very close and when she passed at age 85 a piece of me left with her.  I took care of her even after I married and supported her financially due to my parents having no savings.  I will never regret caring for my loving mother and feel I could have done so much more.

    My history as far as employment began as a teenager working on tobacco farms and helping with cattle on our farm and in stockyards.  I broke horses and developed a love for calf roping and would compete in local rodeos.   I also in high school started working at a gas station in Mayfield, KY and working on vehicles, motorcycles, and ATV's to fix up and resale.   Right after high school I began working at the Graves County PVA office for a short time and also got my apprentice auctioneer license.   After that I began a business building pallets and distributing to local

businesses which grew successfully requiring hard labor and dedication to meet demands.  In the year 2000, I married my high school sweetheart and we are still happily married.  I then began buying heavy equipment and trucks at auctions all over the US and helped a new business in Tennessee develop into one of the largest used truck sales companies in the US.  This allowed me to meet so many people and make many close friends but traveling kept me away from home a lot.  Because being away from my wife and family and church was taking a toll on me I found some land to purchase in Graves County to start my own business of buying, repairing and selling all sorts of vehicles, semi-trucks, dump trucks, heavy equipment and watercraft.  My business encounters have taken me all over United States and I have driven millions of miles and have never been in trouble with the law except for some speeding tickets.  I have been a law abiding, tax paying citizen since I was very young.

My life has always been centered on the Lord due to my upbringing and my convictions.  I have had many pastors and men of faith that have been my role models especially after my dad dying when I was young.  Some have written character letters to you in support and some have passed on to heaven.  I read God's word daily and try to live by His word and be a peace loving and a law abiding man.   I have been leading the worship service at my church for many years and assist in finding preachers to fill in due to our small country church is without a pastor.  I help oversee the church business and church grounds. I allowed our last pastor to live in my childhood home place for no charge many years.  My church is a heavy burden on heart due to the fact I promised my mother and the Lord I would always support and take care of the church.

I have been a hard worker in everything I have tackled in life.  I have always been a law abiding citizen and supported law enforcement and first responders and have went out of my way to assist them time and time again such as with traffic accidents, tornado and ice storm disaster clean up and giving to their various charities.  I have friends in law enforcement and some have also written character letters on my behalf.  Since a child in elementary and high school I have always tried to help the helpless such as in cases of bullying.  Also helping people get their businesses established and give them financial support or advice on business decisions.  I have friends all over the US that call me for advice on spiritual or business matters.  I consider myself a people person and love and care for even strangers.  On many occasions people that were in need of a job and desperate with no housing no matter their background I would give them a job and allow them to stay in a camper on my property.  I seen they were helpless and in need.  I wanted to give them an opportunity to help themselves and make a better life.  I also presently allow a single man with very little family to live in my old home place rent free.  He now has a successful job and is a member of my church.

Lastly in the area of background I want to say I love my country and have a special place in my heart for veterans.  My dad never talked to us about fighting in WWII. My mom said he was a very different man when he came back. My brother also served in Vietnam.  I also had many uncles that served in WWII.  I will always be grateful for all veterans and service men and those that have lost their lives for this great country.  I have paid for many veterans' meals anonymously at restaurants.  I feel that is the least I can do to show I care for their sacrifice to our country.

I want to review with you what lead us to the Capitol on January 6th.  I went with my sister and wife to see President Trump's last rally.  We had always wanted to see a Trump rally and never took the time.  We thought we would see his last speech as president and that would also give us an opportunity to see Washington, DC.  We were very excited to finally see the President, the White House and monuments. During the rally President Trump began mentioning moving to the Capitol and everyone started moving and we followed.  We stopped and looked at buildings along the way and talking with people and cheering.  As we got closer to the Capitol there were men standing on a concrete ledge and on a tall speaker stand with a megaphone cheering and chanting for everyone to come over and get closer to the Capitol and support our country.   And to my regret I decided to get closer and left my sister and wife behind.  I wish to this day I would have stayed as I should have with my family.  I should have never gotten so close to the Capitol building as I did or went with the crowd. When I got closer I seen people hollering for help on the ground getting trampled and I tried help them back up. While doing this I then got pushed just inside the archway.   I knew I had to get out so I made my way to the wall on my left and at that point I will never forget the heart wrenching screams I heard.  People were screaming "help her she is dying".  I seen a young women on the ground injured.  I knew I had to help her.  I held the side of the building and shielded her body with my feet, legs and torso so she would not get trampled on anymore while calling for help.  Finally people got her to the police and they carried her away.  At that moment my heart sunk and I felt God was telling me to leave immediately, 'this is not right'.  As I was struggling to protect the injured women I lost both my shoes and had to find them.  After some time I found my shoes and crawled under the crowd to retrieve and quickly put them on.  As the crowd was getting more intense and I was trying to leave I saw people hitting policemen with a hockey stick and flagpole and stomping and punching them.  I thought they were going to kill them.  A policeman was lying on the steps being beaten.  I knew in my heart I had to help them.  I tried to grab his leg but couldn't because of the men hitting and swinging at me and I was trying to dodge their swings.  I finally did grab him successfully and tried to pull him from the beating but another person fell on top of him.  He then was lifted up by someone and returned to the archway.  Another officer was dragged down the steps.   Someone lifted the officer to his feet.   He was addled and stumbled forward toward the top of the steps and that is when I caught him.  I yelled 'they are going to beat him back down again if he goes back up'.   I did not want him to return to the abuse or 'Storm' at the top of steps.   At that point the hitting and rioting became more intense.  I told myself 'I have to get out of here'.  I headed back to find my wife and sister.

I walked away from the Capitol that day a changed man.  I was crying when I reached my family.  In shock I said 'a woman got hurt and I tried to help her' and 'they were hitting and injuring

the police officers and I was trying to help the police and get them to safety'. We had to travel back home and I hardly said anything. It was a long quite somber ride reflecting on the young lady and officers that were injured and praying they were alright. I was hoping my actions helped those individuals I came in contact with. I said to myself I should have never been there and I have wished a thousand times since that I had never gone to Washington, D.C. on January 6th. It has put a scar in my like forever.

I have never broken the law or been abusive in my life. I didn't go to Washington with any intentions of causing harm and it never crossed my mind that riots would occur. I did not hit any police officers nor would I ever hit or abuse a member of law enforcement. It is not in my nature to strike a person to cause harm. I have seen on news some people preplanned their trip to Washington to start riots and cause harm. They had protective armor and carried weapons and every intention of causing havoc. I did not. We literally decided to go to Washington 1-2 days prior to leaving after my wife last minute asked for time off from work. I did not tell folks on social media like some did (I have no social media accounts) nor did I communicate in any way I was even going to the rally. I didn't brag to anyone I went to Washington after returning either like some did. We did not comment on the riots to anyone. In fact I was shameful for had gone and was involved in such a way and very remorseful for the ones that lost their lives and injured.

After almost three years since my arrest I have been compliant with the Courts demands of pretrial release. I have followed all the demands of my probation officer. I am very thankful to the Court for allowing me to continue to work to support my wife and my church. I have tried to continue with good deeds in my community and the following are a few examples. Our town on December 10, 2021 was devastated by an EF4 tornado. It destroyed our town and many homes including my sister's entire home and farm. It also destroyed my brother's shop and damaged their home. I was fortunate to offer my heavy equipment and also physical labor to people in need of disaster clean up. Our small town has not recovered to this day due to the extensive devastation. I also helped financially by funding a Christian Music benefit concert to assist tornado victims in Benton, KY. I have assisted police and first responders in at least four traffic accidents by directing traffic to keep officers and victims safe and in one case round up livestock from an overturned cattle trailer. One traffic accident was so horrible a young girl died which brought back terrible memories of January 6th and the young women who lost her life. I have helped my elderly mother and father-in -law with removing a dead tree that was going to cost several hundreds of dollars to remove and assist them with various home repairs that they are unable to perform. I had the privilege of singing at my ex-pastors funeral. This man was like my second father and would always call him to get spiritual advice. I will always be thankful that I sang his favorite song, *There is a River,* at his funeral. I have also visited with a church member that is house bound and in poor health to sing her favorite hymns. I have delivered kids Christmas gifts that are in need. I am so thankful to the

Court for allowing me leniency to perform the above deeds that helped so many.  I was able to help businesses keep afloat and survive financially due to utilizing their services.  I use truck drivers, mechanics, auto body workers, salvage recyclers and salesmen most every week at my business. In all, I support multiple households in Kentucky and Tennessee.

    Since my arrest I have had time to reflect on my actions and what took place. I now have a felony conviction of which shames me.  I have asked my Lord for forgiveness and want to personally ask the police officers for forgiveness for my involvement.  I will ask Your Honor to have mercy during the sentencing decision.   I pray whatever your decision I will ultimately regain respect and trust of my community, family, friends, and especially law enforcement.    I am ready to accept the consequences for my actions and live the rest of my life as a law abiding citizen of the United States.

Sincerely,

Clayton Mullins