**To:** The Honorable Rudolph Contreras

United States District Court

333 Constitution Avenue, N.W.

Washington, D.C. 20001

**Re:** Clayton Ray Mullins. 21-cr-00035-RC

Dear Judge Contreras:

By the way of background after college, I joined the US Marine Corps. I was in just under five years and did a tour in Vietnam as a pilot and forward air controller. When I left the Marines, I was a Captain. After a year of graduate school at the University of Memphis, I joined the Federal Bureau of Investigation as a special agent. In the FBI, I spent time in Virginia, Florida, and Illinois. I was in the FBI for 29 years, and I spent the last nine years as a Supervisory Special Agent responsible for the lower quarter on Illinois, approximately thirty counties until I retired in 2001.

In 2009, I met Clayton when I purchased property in Benton, Kentucky. Clayton and his wife Nancy live approximately 100 yards from my property. Over the years I got to know Clayton and deemed him a honest, trustworthy, hard worker, and a devoted husband to Nancy. Clayton and his wife Nancy are the kind of neighbors everybody wants to have.

In numerous conversations with Clayton, I saw him as a man who was worried about what was going on in the country. Clayton's opinions were strong, but all were for the betterment of the country. I considered him a patriot and wished more Americans were like him. In the 14 years I have known Clayton, He has never been violent in any way and never promoted it in any way. I ask that you do not incarcerate him for he is a good American and has suffered enough.

Sincerely

*Robert E. Dueker*

Robert Edward Dueker Sr.