IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-cr-00035-RC |
| | ) | |
| CLAYTON RAY MULLINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S RESPONSE**

As he has done all his life, Clayton Mullins tried to help others on January 6, 2021. But this day was the worst of his life. Soon after his tragic encounters with Rosanne Boyland and Officer A.W., he found his wife and sister at the bottom of Capitol Hill and told them through tears about the awful events. That a storm of violence erupted on the Capitol steps and how he had tried to help a woman and a police officer who were in trouble on the ground. Clayton shared this same account with New York Times Reporter Dan Barry (https://www.nytimes.com/interactive/2021/10/16/us/capitol-riot.html?unlocked_article_code=1.Qk0.xQo7.RFwTgtGzKHrf&smid=em-share) and FBI Special Agent Christopher Cantrell on January 5, 2024 in Paducah, Kentucky (counsel and Assistant United States Attorney Alexandra Foster joined by phone).

In Officer A.W.'s Body Worn Camera (BWC) video, you can see Clayton helping folks who had fallen. The following still from that video at 16:26:12 (military time) shows the mass of humanity right in front of Clayton. He is trying to pull someone off the pile.



*< Space Intentionally Blank >*



This still at 16:27:03 from Officer A.W.'s BWC video shows Clayton with his arm above his head looking directly at Justin Winchell in the bright blue coat who is pleading for someone to

help Ms. Boyland who is prostrate below him.  Clayton was protecting his head from rioters who were using a hockey stick and an American flag to attack the police officers.  Two other people were on the ground in need of help.  This was the scene of suffering right in front of Clayton *ten seconds before* Officer A.W. was viciously attacked and slammed to the ground.

We are grateful that the Government presented evidence of Clayton's attempt to help Ms. Boyland.  On page 23 of the Government's Sentencing Memorandum (ECF No. 408), in Exhibit 11C, you can see Clayton's distinctive Merrell hiking shoe just inches from Ms. Boyland who lies at the edge of the archway.  It came off as Clayton wedged his feet under her to block others from trampling her.  Please also refer to page 17 for Exhibit 8 where Clayton is at that precise location holding on for dear life to save Ms. Boyland.  His actions depicted in Exhibits 9A, 9B and 9C where he clung to the side of the tunnel at the archway also show him vigorously maintaining his protective posture over Ms. Boyland.

We humbly ask this Court to consider these distressing events as mitigation for the mistake Clayton made in grabbing Officer A.W.'s leg.

Respectfully submitted,

_____/s/_____
Pat Munroe Woodward, Esq.,
D.C. Bar No. 436662
1783 Forest Drive, No. 330
Annapolis, MD  21401
Phone:  202-246-4679
Fax:  443-216-9812
patmwoodwardjr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2024, I electronically filed the foregoing Response with the Clerk of Court using the CM / ECF system, which will send an electronic notification of such filing to all counsel of record.

_____/s/_____
Pat Munroe Woodward, Esq.
